## HEALTH AUTHORITY ORDER IMPOSING CONTROL MEASURES

TO:        ███████████████████████ Cedar Park 78613
FROM:  Lori Palazzo, MD, Local Health Authority, Williamson County, Texas
DATE: **May 26, 2020**

Pursuant to Section 81.083, Texas Health and Safety Code, I, the Medical Director for the Williamson County and Cities Health District ("WCCHD") and the Local Health Authority for Williamson County, Texas, hereby issue this Order imposing the following control measures. As the Local Health Authority, I find that you, ██████████ are within my jurisdiction and I have reasonable cause to believe that you are ill with, have been exposed to, or are the carrier of a communicable disease, specifically 2019-nCoV (novel coronavirus).

The following control measures are reasonable and necessary to prevent the introduction, transmission, and spread of the disease in the State of Texas. By authority of Section 81.083 of the Texas Health and Safety Code, you are hereby ORDERED to comply with the following:

1. You are restricted to the residence, located at ████████████████████ Cedar Park 78613. You may not leave home for work, school, social functions, or for any other reason except as permitted by this Order.
2. You are restricted to your residence unless you require medical attention. If you experience a medical emergency, please call 9-1-1. If you require other medical attention, please call WCCHD at (512) 943-3660.
3. You will not be permitted any visitors without the prior approval of WCCHD.
4. You will be monitored by WCCHD personnel twice per day until cleared.
5. Your travel will be by WCCHD approval only, and you are specifically prohibited from air and other mass transit until cleared.
6. You will notify WCCHD immediately if you become ill with fever, cough, or other symptoms of illness at (512) 943-3660.
7. You will provide WCCHD access to any and all medical records necessary for the investigation of this communicable disease.
8. You will provide WCCHD all information known to you that WCCHD deems relevant to the investigation of this communicable disease, including but not limited to: names, phone numbers, and addresses of persons with whom you've been in contact; places you've visited; Events and gatherings you've attended; and activities you've participated in.

**This Order goes into effect immediately and will remain in effect until cleared by the Local Health Authority following determination that you no longer pose a risk to public health.**

VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE AND COULD RESULT IN CONFINEMENT FOR 180 DAYS, A FINE OF $2,000, OR BOTH. VIOLATION OF THIS ORDER COULD ALSO RESULT IN COURT ORDERED MANAGEMENT, WHICH MAY INCLUDE INVOLUNTARY INCARCERATION IN A TREATMENT FACILITY OR OTHER LOCATION AS DETERMINED BY THE COURT.

This Order is issued under my authority as the Local Health Authority for Williamson County, Texas on this the 26 day of May, 2020.

**EXHIBIT A**

_Lori L. Palazzo M.D._

Lori L. Palazzo
Medical Director, Williamson County and Cities Health District
Local Health Authority, Williamson County, Texas
Physical address: 355 Texas Avenue, Round Rock, Texas 78664
E-mail: lori.palazzo@wilco.org