| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

STEVEN HOTZE, *et al.*, §
§
        Plaintiffs, §
§
*versus* §   CASE NO. 1:20-CV-345
§
GREG ABBOTT, *et al.*, §
§
        Defendants. §

## ORDER TRANSFERRING CASE

The above-styled civil action, which states venue is proper in the Southern District of Texas and lists the lead plaintiff as residing in Harris County, Texas, appears to have been inadvertently filed in the Beaumont Division of the United States District Court for the Eastern District of Texas, rather than the Houston Division of the United States District Court for the Southern District of Texas. Thus, it is ordered that the Clerk of the Court transfer this case to the Houston Division of the United States District Court for the Southern District of Texas. In light of the pending request for an injunction, the court further orders that Local Rule CV-83 is waived, and the Clerk shall transfer this matter upon entry of this order. *See* LOCAL RULE CV-83.

    SIGNED at Beaumont, Texas, this 18th day of August, 2020.

                                              _____
                                                  MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE